UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.18-62955-CIV-DIMITROULEAS

ANDRE PIERRE, a personal
representative of THE ESTATE
OF JEAN PEDRO PIERRE,

    Plaintiff,

vs.

GREGORY TONY, in his official capacity as
Sheriff of BROWARD COUNTY SHERIFF'S
OFFICE, and OFFICER STEVEN BRIGGS,
Individually,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's Order Granting Motion for Summary Judgment by Default, entered separately today. Pursuant to Federal Rule of Civil Procedure 58 the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall take nothing from Defendants based on this action.

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

3. The Clerk is **DIRECTED** to mail a copy of this judgment to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of November, 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record

Shania Pierre
1311 SW 10th Terrace
Deerfield Beach, FL 33441